NORFOLK & W. RY. CO. v. SALMONS. (Circuit Court of Appeals, Fourth Circuit. August 4, 1908.) No. 845. In Error to the Circuit Court of the United States for the Southern District of West Virginia. John H. Holt, for plaintiff in error. Marcum & Marcum, for defendant in error.

PER CURIAM.' Writ of error dismissed, under rule 20 (150 Fed. xxxi; 79 C. C. A. xxxi); costs to be paid by plaintiff in error. Stipulation of attorneys filed. See 162 Fed. 722.

---

RIVER SPINNING CO. v. ATLANTIC MILLS. (Circuit Court of Appeals, First Circuit. January 13, 1909.) No. 770. In Error to the Circuit Court of the United States for the District of Rhode Island. Walter F. Angell, Frank H. Swan, and Edwards & Angell, for plaintiff in error. Rathbone Gardner and Gardner, Pirce & Thornley, for defendant in error.

PER CURIAM. Case dismissed without costs. Settled by parties. See 155 Fed. 466.

---

In re ROBERTS. (Circuit Court of Appeals, Second Circuit. April 13, 1909.) No. 247. Petition to Review Order of the District Court of the United States for the Southern District of New York. L. & A. U. Zinke (L. Zinke, of counsel), for petitioner. Before LACOMBE, WARD, and NOYES, Circuit Judges.

PER CURIAM. The state suit is brought against the receiver and his clerk personally. The question raised here has already been decided by this court in Re Kalb & Berger Manfg. Co., 165 Fed. 895. The order of the bankrupt court, restraining the prosecution of suit in the state court, is reversed.

---

RUPRECHT v. DELACAMP et al. (Circuit Court of Appeals, Second Circuit. May 19, 1909.) No. 271. Appeal from the District Court of the United States for the Southern District of New York. Robinson, Biddle & Benedict (E. G. Benedict, of counsel), for appellants. Convers & Kirlin (J. Parker Kirlin, of counsel), for appellee. Before LACOMBE, COXE, and NOYES, Circuit Judges.

PER CURIAM. Decree (165 Fed. 381) affirmed, on the opinion of the District Court.

---

SANDERS, Collector, v. RUMSEY et al. (Circuit Court of Appeals, Second Circuit. May 19, 1909.) No. 291. In Error to the Circuit Court of the United States for the Western District of New York. John Lord O'Brien, U. S. Atty., for plaintiff in error. Wilcox & Bull (Ansley Wilcox, of counsel), for defendants in error. Before LACOMBE, COXE, and NOYES, Circuit Judges.

PER CURIAM. Following Eidman v. Tilghman, 136 Fed. 141, 69 C. C. A. 139, and Kinney v. Conant (C. C. A.) 166 Fed. 720, judgment is affirmed. Submitted without argument.

---

TRAVIS et al. v. METROPOLITAN TRUST CO. OF NEW YORK. (Circuit Court of Appeals, Fourth Circuit. December 2, 1908.) No. 846. Appeal from the Circuit Court of the United States for the Eastern District of North Carolina, at Raleigh. Day, Bell & Allen, for appellants. F. H. Busbee, for appellee.

PER CURIAM. Appeal dismissed, record not having been printed as required by rule 23 (150 Fed. xxxii; 79 C. C. A. xxxii). Decree filed. See 162 Fed. 170.